IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KYLE STALCUP, individually and on behalf of similarly situated individuals, | ) ) ) |
| *Plaintiff*, | ) No. 2:22-cv-02108 |
| v. | ) Hon. Colin Stirling Bruce ) |
| PROCTORU, INC., a Delaware corporation, | ) Magistrate Eric I. Long ) ) |
| *Defendant.* | ) ) |

**PLANTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kyle Stalcup ("Plaintiff") hereby voluntarily dismisses this action without prejudice.

1.  On May 21, 2022, Defendant removed this action to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332(d) and 1453(b). (Dkt. 1).

2.  Shortly thereafter, on May 23, 2022, Defendant filed its Motion to Dismiss Plaintiff's Complaint (Dkts. 2-3) and Motion to Transfer Venue (Dkts. 4-5).

3.  On June 2, 2022, Plaintiff filed his Motion to Remand (Dkt. 9) and Motion to Stay Briefing (Dkt. 10) on Defendant's pending Motions.

4.  On June 3, 2022, the Court stayed briefing on Defendant's Motion to Dismiss, but ordered Plaintiff to respond to Defendant's Motion to Transfer Venue, and Defendant to respond to Plaintiff's Motion to Remand, by June 16, 2022.

5.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an

answer or motion for summary judgment. Defendant has neither answered Plaintiff's Class Action Complaint nor served a motion for summary judgment.

6. Accordingly, Plaintiff hereby voluntarily dismisses this action without prejudice as to all claims asserted by Plaintiff and the putative class.

Date: June 15, 2022

Respectfully submitted,

KYLE STALCUP, individually and on behalf of similarly situated individuals

/s/ Andrew T. Heldut
*One of Plaintiff's Attorneys*

Timothy P. Kingsbury
Andrew T. Heldut
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingbsury@mcgpc.com
aheldut@mcgpc.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 15, 2022, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Andrew T. Heldut